W. M. Brooks, Appellant, vs. A. Laurent, Appellee.

Appeal from Circuit Court, Citrus county; William A. Hocker, Judge.

H. L. Anderson, for Appellant.

John G. Reardon and Geo. P. Raney, for Appellee.

The bill in this cause was filed by the appellee against the appellant. There was decree for the complainant, and the defendant appeals.

Appeal dismissed on motion of counsel for appellee.